DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LARRY E. MERRITT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2416

_____

June 5, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for
Hillsborough County; Lawrence M. Lefler, Judge.

Larry E. Merritt, pro se.

PER CURIAM.

      Affirmed.

NORTHCUTT, LaROSE and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.